IN RE: Antoine I. MANN, Respondent.

Bar Registration No. 433378

No. 17–BG–230

District of Columbia Court of Appeals.

(Filed—April 13, 2017)

DDN: 413–16

BEFORE: Glickman and Beckwith, Associate Judges, and Farrell, Senior Judge.

## ORDER

PER CURIAM

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Mann has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Mann*, 883 A.2d 887 (D.C. 2005), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Antoine I. Mann is hereby reinstated to the Bar of the District of Columbia.

IN RE: Tolly A. KENNON, III, Respondent.

Bar Registration No. 466643

No. 17–BG–84

District of Columbia Court of Appeals.

(Filed—April 13, 2017)

DDN: 296–17

BEFORE: Glickman and Beckwith, Associate Judges, and Farrell, Senior Judge.

## ORDER

PER CURIAM

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Kennon, III, has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Kennon*, 987 A.2d 1143 (D.C. 2010), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Tolly A. Kennon, III, is hereby reinstated to the Bar of the District of Columbia.